**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6997**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

DONELLA MARIE HARRIEL,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, District Judge.
(4:03-cr-00287-TLW-2)

_____

Submitted:  August 10, 2012          Decided:  August 23, 2012

_____

Before KING, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Donella Marie Harriel, Appellant Pro Se.  Arthur Bradley Parham,
Assistant United States Attorney, Florence, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donella Marie Harriel appeals the district court's order denying her motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Harriel, No. 4:03-cr-00287-TLW-2 (D.S.C. May 4, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED